## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ZEMIN ZHAO, AND ZHONG LING CHEN,** | **8:15CV288** |
| **Plaintiffs,** | |
| **vs.** | **ORDER** |
| **JI FENG HUANG,** | |
| **Defendant.** | |

This matter is before the Court on the Parties' Stipulation for Entry of Judgment Upon Default (the "Stipulation") (Filing No. 9). The Stipulation advises the Court that the parties have reached a settlement, pending completion of Defendant's payments to Plaintiffs. The Court will treat the Stipulation as a notice of settlement. Accordingly,

IT IS ORDERED:

1.  Progression of this case is stayed until June 15, 2016, pending completion of the settlement payments or notification to the Court by the Parties that settlement was unsuccessful;

2.  On or before June 15, 2016, the Parties will file a Joint Stipulation for Dismissal, or other dispositive stipulation, that complies with Federal Rule of Civil Procedure 41(a) and will submit to the undersigned judge a draft order which will fully dispose of the case;

3.  The Clerk of the Court is directed to set a dismissal papers deadline of June 15, 2015; and

4.  Absent compliance with this order, the stay will be lifted and this case will be progressed according to the Federal Rules of Civil Procedure.

Dated this 10th day of December, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge