# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZEMIN ZHAO, an individual; and ZHONG LING CHEN, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>Ji Feng Huang, an individual;<br><br>    Defendant. | 8:15CV288<br><br>DEFAULT JUDGMENT |

This matter is before the Court of Plaintiffs' Motion for Default Judgment, ECF No. 20. Previously, the Court construed the motion as one for a clerk's entry of default. *See* ECF No. 22. The Clerk entered default against Defendant Ji Feng Huang on January 27, 2017. *See* ECF No. 23. With default entered, the motion can be considered as one seeking default judgment. As of the date of this order, Huang has not responded to the Motion for Default Judgment, and the time for responding has now passed. Under Federal Rule of Civil Procedure 55(b), a default judgment for a sum certain may be entered "with an affidavit showing the amount due . . . against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person."

On February 1, 2017, Plaintiffs filed the affidavit of Plaintiff Zemin Zhao, ECF No. 24. Based on this evidence, the Court finds as follows:

1. Huang is neither a minor nor an incompetent person per Federal Rule of Civil Procedure 55;

2. As of February 1, 2017, Huang's outstanding debt to Plaintiffs, including accrued interest, totaled $199,133.47[1]; and

3. The agreed upon interest rate for the debt is 12% per annum.

Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion for Default Judgment, ECF No. 20, is granted; and

2. Judgment is entered in favor of Plaintiffs in the amount of $199,133.47, plus post-judgment interest at the rate of 12% per annum.

Dated this 21st day of February, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

[1] A full account of the lending history between the parties can be found in the Court's Memorandum and Order, ECF No. 22.